Case 1:15-cv-01007-GMS Document 76 Filed 05/31/18 Page 1 of 2 PageID #: 333

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 31, 2018 10:16:53 AM EDT | | 34 | 1 | Received |

# DELAWARE DEPARTMENT OF CORRECTION
## CENTRAL OFFENDER RECORDS
### OFFICE (302) 857-5374
### FAX (302) 739-7486

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Francesca Scarpato | Nicole R. Fletcher, ID & Records Coordinator |

| COMPANY: | DATE: |
|---|---|
| United States District Court | 05/31/18 |

| FAX NUMBER: | PAGES: |
|---|---|
| | 1 |

| PHONE: | SENDER'S TELEPHONE NUMBER: |
|---|---|

| RE: | SENDER'S FAX NUMBER: |
|---|---|
| Michael Jones-SBI: 00417267 | |

☐ URGENT   X FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Good morning,

Ms. Collier received the below information on the location of the above offender. Michael Jones is currently in PA at:

> SCI Dallas
> 1000 Follies Road
> Dallas, PA 18612
> Michael Jones NF7575

Have a great day!
-Nicole

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170
FAX (302) 573-6451

DATE: 5/22/18                                                                    15-1007-GMS

TO:     Delaware Department of Corrections Central Offender Records Office
        ATTN: ID & Records Coordinator.

FROM:   Clerk, U.S. District Court, District of Delaware

RE:     Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

**NAME OF INMATE:**

**SBI #:**                          Michael L. Jones
                                    SBI#417267
Last Known DE Institution:          James T. Vaughn Correctional Center
                                    1181 Paddock Road
                                    Smyrna, DE 19977

        John A. Cerino, Clerk
        (302) 573-6170   BY: _____
                              Deputy Clerk, U.S. District Court

-------------------------------------------------------------

TO:     Clerk, U.S. District Court              DATE: 5/30/18

FROM:   Delaware Department of Corrections, Central Offender Records
        ATTN: ID & Records Coordinator

☑ Inmate is located at: (Institution) Compact Case Offender
or
☐ No longer incarcerated. Last known mailing address is:

        _____
        _____
        _____

                BY: _____
                    Delaware Department of Corrections, Central
                    Offender Records, ID & Records Coordinator

*Please Contact Heidi Collier @

* Ms. Collier was sent a copy of this request. She is waiting on a reply from PA.
Thanks Irene